

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2024

No. 04-24-00151-CV

**IN THE INTEREST OF L.Z.R.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA01163
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on August 14, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2024.

_____
Luz Estrada, Chief Deputy Clerk